Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*FEE DUE*

*FILED*

# UNITED STATES DISTRICT COURT

## for the

### Central District of California ▾

Western Division of Southern California

2022 DEC 29 AM 11: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _EEE_

FORTINO MARTINEZ ESPINOSA

Case No. 2:22-CV-09424-FMO(PVCx)

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

LOS ANGELES METRO AUTHORITY

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | FORTINO MARTINEZ ESPINOSA |
| Street Address | PO BOX 2462 |
| City and County | PICO RIVERA |
| State and Zip Code | CALIFORNIA 90662 |
| Telephone Number | +1 (562)762-2430 |
| E-mail Address | fortinomartinezespinosa@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name | LOS ANGELES METROPOLITAN  TRANSPORTATION AUTHORI

Job or Title *(if known)* | HUMAN RESOURCES

Street Address | 1 GATEWAY PLAZA

City and County | LOS ANGELES

State and Zip Code | CALIFORNIA 90042

Telephone Number | +1 (323) 466-3876

E-mail Address *(if known)* | spplus@talent.icims.com & mccgo@metro.net

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
CIVIL RIGHTS ACT 1962 & EEOC EQUAL OPPORTUNITY EMPLOYMENT COMMISSION RULES and REGULATIONS

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  FORTINO MARTINEZ ESPINOSA           , is a citizen of the

State of *(name)*  CALIFORNIA                         .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                                      , is incorporated

under the laws of the State of *(name)*                                      ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                              , is a citizen of

the State of *(name)*                         . Or is a citizen of

*(foreign nation)*                              .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* LA METROPOLITAN TRANSPORTATIC , is incorporated under

the laws of the State of *(name)* CALIFORNIA , and has its

principal place of business in the State of *(name)* CALIFORNIA

Or is incorporated under the laws of *(foreign nation)*                                    ,

and has its principal place of business in *(name)* LOS ANGELES CALIFORNIA .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
FIVE MILLION DOLLARS ($5,000,000,.00)

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Since 2013 I have applied seeking for a position within the LOS ANGELES CALIFORNIA METROPOLITAN TRANSPORTATION AUTHORITY as a BUS OPERATOR, and other positions, knowing that I have the SKILLS, KNOWLEDGE, EXPERIENCE, TRAINING having been driving since I became legally able to do it, having been granted the privilege to drive obtained a DMV CALIFORNIA DRIVER'S LICENSE, and driven all kind of vehicles, SCHOOL BUSES, GOLD MINE CATERPILLAR 240 TONS, LIMOUSINES, SMALL VEHICLES, CLASS A DOUBLES SEMI TRUCK TRAILERS, ETC. But I was DENIED over and over the opportunity to work as METRO BUS OPERATOR.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FIVE MILLION DOLLARS ($5,000,000.00) FOR THE EMOTIONAL, PSYCHOLOGICAL, MENTAL, DISTRESS, PAIN CAUSED FOR THE LOST OF EMPLOYMENT, HOUSING, FOOD, CLOTHING, that comes all from having a CAREER, a JOB.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                12/29/2022

Signature of Plaintiff

Printed Name of Plaintiff        FORTINO MARTINEZ ESPINOSA

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address