LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| FORTINO MARTINEZ ESPINOSA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES METRO AUTHORITY,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-09424-HDV (PVCx)<br><br>Complaint Filed: December 29, 2022<br><br>**JUDGMENT** |

　　　On July 3, 2023, this Court ordered that Plaintiff FORTINO MARTINEZ ESPINOSA's Complaint be dismissed with prejudice.

　　　Therefore, IT IS ORDERED AND ADJUDGED that Plaintiff FORTINO MARTINEZ ESPINOSA take nothing, and that the entire action be dismissed on the merits with prejudice.

Dated:  July 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Hernan D. Vera

1　　　　　　　　　　　　　　　　Judgment

12096559.1 ME080-042